UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6967 MRW | Date | March 25, 2021 |
|---|---|---|---|
| Title | Andres Gomez v. California Rent-A-Car, Inc. | | |

| Present: The Honorable | Michael R. Wilner |
|---|---|

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

Plaintiff filed a notice voluntarily dismissing this case with prejudice. (Docket # 20.) This action is dismissed with prejudice.